# United States Court of Appeals for the Fifth Circuit

---

No. 23-50485
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 15, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Enrique Navarro-Trevino,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-105-1

---

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Carlos Enrique Navarro-Trevino appeals following his conviction for illegally reentering the United States after removal. He argues that the statutory sentencing enhancement in 8 U.S.C. § 1326(b) is unconstitutional. Navarro-Trevino has filed an unopposed motion for summary disposition, correctly conceding that the only issue he raises is foreclosed by *Almendarez-*

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50485

*Torres v. United States*, 523 U.S. 224 (1998).  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  He explains that he has raised the issue to preserve it for possible further review.

Accordingly, because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Navarro-Trevino's motion is GRANTED and the district court's judgment is AFFIRMED.